

FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

DEC 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The Honorable Christopher D. Abbott, Judge of the District Court for the First Judicial District of the State of Montana, has requested the assistance of retired District Judge Holly Brown to assume jurisdiction of Lewis and Clark County Cause No. XDDV-2012-140, *National Indemnity Company v. State*.

Judge Brown has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that she is agreeable to assisting the First Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Holly Brown, retired District Judge, is hereby called to active service in the District Court of the First Judicial District of the State of Montana, to assume judicial authority of Lewis and Clark County Cause No. XDDV-2012-140, *National Indemnity Company v. State*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Brown shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of the First Judicial District, Lewis and Clark County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable Christopher D. Abbott, the Honorable Holly Brown, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 28 day of December, 2021.

_____
Chief Justice